UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GLACIER BAY CRUISELINE** <br> 2101 Fourth Avenue <br> Suite 2200 <br> Seattle, WA 98121 <br><br> Plaintiff, <br><br> v. <br><br> **GALE NORTON, SECRETARY OF THE INTERIOR** <br> 1849 C Street, N.W. <br> Room 6151 <br> Washington, D.C. 20240, and <br><br> **FRAN MAINELLA, DIRECTOR OF THE NATIONAL PARK SERVICE** <br> 1849 C Street, NW <br> Room 3104 <br> Washington, D.C. 20240, <br><br> Defendants. | Case No. 05-1131 EGS |

### NOTICE OF FILING OF INADVERTENTLY OMITTED ATTACHMENT TO THE COMPLAINT AND AMENDED CIVIL COVER SHEET

COMES NOW, Plaintiff, by and through their undersigned counsel, and hereby submit this Notice of Filing of Inadvertently Omitted Attachment to the Complaint and Amended Civil Cover Sheet.

RESPECTFULLY SUBMITTED this 9th day of June, 2005.

          ___/s/ William P. Horn_____
          William P. Horn (D.C. Bar No. 375666)
          Gretchen L. Gaston (D.C. Bar No. 481587)
          1155 Connecticut Avenue, N.W., Suite 1200
          Washington, DC 20036
          Phone (202) 659-5800
          Fax (202) 659-1027
          Email: whorn@dc.bhb.com
          Email: ggaston@dc.bhb.com

          Counsel for Glacier Bay Cruiseline

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice, Inadvertently Omitted Attachment to the Complaint along with the Complaint, and Amended Civil Cover Sheet were served via hand-delivery, this 10th day of June, 2005 to the following:

| | |
|---|---|
| Gale Norton<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Room 6151<br>Washington, D.C. 20240 | Alberto R. Gonzales<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Fran Mainella<br>Director of the National Park<br>  Service<br>1849 C Street, N.W.<br>Room 3104<br>Washington, D.C. 20240 | U.S. Attorney Kenneth L. Wainstein<br>501 3rd Street, NW<br>4th Floor<br>Washington, DC 20530 |

_____/s/ William P. Horn_____

William P. Horn