```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| GLACIER BAY CRUISELINE,<br>2101 Fourth Avenue<br>Suite 2200<br>Seattle, WA 98121 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 05-1131 EGS<br>) |
| GALE NORTON, SECRETARY,<br>DEPARTMENT OF THE INTERIOR,<br>1849 C Street, N.W.<br>Room 6151<br>Washington, D.C. 20240, | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| FRAN MAINELLA, DIRECTOR,<br>NATIONAL PART SERVICE<br>1849 C Street, N.W.<br>Room 3104<br>Washington, D.C. 20240, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

<u>PRAECIPE</u>

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for defendants in this case.

```
                    _____
                    MARINA UTGOFF BRASWELL, D.C. BAR #416587
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    555 4th Street, N.W.
                    Washington, D.C.  20530
                    (202) 514-7226
```