```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

GLACIER BAY CRUISELINE,           )
2101 Fourth Avenue                )
Suite 2200                        )
Seattle, WA 98121                 )
                                  )
        Plaintiff,                )
                                  )
        v.                        ) Civil No. 05-1131 EGS
                                  )
GALE NORTON, SECRETARY,           )
DEPARTMENT OF THE INTERIOR,       )
1849 C Street, N.W.               )
Room 6151                         )
Washington, D.C. 20240,           )
                                  )
        and                       )
                                  )
FRAN MAINELLA, DIRECTOR,          )
NATIONAL PART SERVICE             )
1849 C Street, N.W.               )
Room 3104                         )
Washington, D.C. 20240,           )
                                  )
        Defendants.               )
                                  )
```

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants request an extension of time, to and including August 31, 2005, in which to respond to the Complaint in this case. The response is currently due August 9, 2005. Defense counsel, however, will be out of town from August 8-19, 2005, returning to the office August 20, 2005. Defense counsel was unable to complete the response before leaving town, because this last month she has had to write a Court of Appeals' brief, file opposition and reply briefs in five other cases, was out of the office three days for medical appointments, including her son's surgery, was out of town on work-related

business two days, and has had to begin to familiarize herself and address issues in a long-running, highly contentious Title VII case involving five plaintiffs, filed five years ago, that currently has several motions to compel pending with responses due next week.[1]  Defense counsel also had a motion's hearing last week and one this week, and has had to file five briefs this week. Therefore, the time sought is needed in order to allow the preparation of a thorough response to the Complaint.

    Plaintiffs' counsel has graciously consented to this motion.

    Accordingly, for the foregoing reasons, defendants

---

[1]  Defense counsel has had to join this case in light of the imminent departure of one of her colleagues.

respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226