```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

GLACIER BAY CRUISELINE,              )
                                     )
        Plaintiff,                   )
                                     )
        v.                           ) Civil No. 05-1131 EGS
                                     )
GALE NORTON, SECRETARY,              )
DEPARTMENT OF THE INTERIOR,          )
                                     )
        and                          )
                                     )
FRAN MAINELLA, DIRECTOR,             )
NATIONAL PART SERVICE                )
                                     )
        Defendants.                  )
                                     )
```

DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants request a further extension of time, to and including September 26, 2005, in which to respond to the Complaint in this case. The Complaint raises a jurisdictional question which defense counsel must resolve in consultation with the Department of Justice, and the attorney involved at the Department is out of town. Thus, communications are taking longer and defense counsel has also had to engage in certain legal research in connection with this issue. Because jurisdictional issues must be resolved at the outset of a case whenever possible, the additional time is necessary in order to allow defendant to fully explore whether this case is properly in this Court. Defense counsel's ability to concentrate on this issue has been hampered by the need to be in depositions in the Chang and Barham cases currently before this Court, Civil Nos. 02-

2283 and 02-2010 (D.D.C.)(EGS), as well as numerous filing deadlines in other cases defense counsel has had to meet in the last few weeks.

Therefore, the time sought is needed in order to allow resolution of the jurisdictional question and for the preparation of a thorough response to the Complaint.

Plaintiffs' counsel has graciously consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226