UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLACIER BAY CRUISELINE,               )
                                      )
          Plaintiff,                  )
                                      )
          v.                          ) Civil No. 05-1131 EGS
                                      )
GALE NORTON, SECRETARY,               )
DEPARTMENT OF THE INTERIOR,           )
                                      )
          and                         )
                                      )
FRAN MAINELLA, DIRECTOR,              )
NATIONAL PART SERVICE,                )
                                      )
          Defendants.                 )
_____ )

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants request an extension of time, to and including October 28, 2005, in which to respond to plaintiff's opposition to defendants' motion to dismiss, or in the alternative, to transfer. Defendants' response is due tomorrow but defense counsel will be out of town. Defense counsel has had no opportunity to prepare defendants' reply to date, as since receiving plaintiff's opposition brief she had a Court of Appeals' argument to prepare for and present, a major dispositive motion in another case to complete, a court hearing in another case to prepare for and attend, and a day of witness preparation for depositions. This left no time to work on the reply in the instant case. Therefore, the time sought is needed in order to allow the preparation of a thorough response to plaintiff's opposition to defendants' motion.

Plaintiff's counsel has graciously consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226