```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

GLACIER BAY CRUISELINE,           )
                                  )
        Plaintiff,                )
                                  )
        v.                        ) Civil No. 05-1131 EGS
                                  )
GALE NORTON, SECRETARY,           )
DEPARTMENT OF THE INTERIOR,       )
                                  )
        and                       )
                                  )
FRAN MAINELLA, DIRECTOR,          )
NATIONAL PART SERVICE             )
                                  )
        Defendants.               )
                                  )
```

DEFENDANTS' UNOPPOSED MOTION FOR TWO-DAY ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants request a two business day extension of time, to and including November 1, 2005, in which to respond to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, to transfer.  Defense counsel has been in two days of depositions, yesterday and today, which left her no time to provide a completed reply for agency and supervisory review.  Although the reply is substantially complete, the extra two business days requested is to allow for the time needed for the necessary review before defense counsel can file the reply.

Plaintiffs' counsel has graciously consented to this motion.

Accordingly, for the foregoing reasons, defendants

respectfully request that this unopposed motion be granted.

                      Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226