UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLACIER BAY CRUISELINE**,<br><br>Plaintiff,<br><br>v.<br><br>**GALE NORTON, SECRETARY OF THE INTERIOR**<br><br>and<br><br>**FRAN MAINELLA, DIRECTOR OF THE NATIONAL PARK SERVICE**<br><br>Defendants. | Case No. 05-1131 (EGS) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Glacier Bay Cruiseline, by counsel, hereby dismisses the above-captioned action pursuant to Fed.R.Civ.P. 41(a)(1). No answer or motion for summary judgment has been filed. *See* Fed.R.Civ.P. 41(a)(1).

RESPECTFULLY SUBMITTED this 3rd day of January, 2006.

/s/ William P. Horn
William P. Horn
District of Columbia Bar No. 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027

Counsel for Plaintiff

G:\101456\2\550026.DOC